AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| GARY L. WALDRON, ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:20-cv-6272 |
| WAL-MART, INC., ) | |
| Defendant ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court grants Defendant's Motion to Dismiss Waldron's Title VII and Ohio Revised Code Chapter 4112 reverse race discrimination claims, as well as Waldron's wrongful termination in violation of Ohio public policy claim. This action is hereby dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 8/3/2021

CLERK OF COURT

*Theresa J. B*

Signature of Clerk or Deputy